United States District Court
District of Massachusetts

| | |
|---|---|
| Barbosa Pereira<br><br>    Petitioner,<br><br>    v.<br><br>David Wesling et al,<br><br>    Respondents. | Civil Action No.<br>26-10476-NMG |

**ORDER**

**GORTON, J.**

The Court is in receipt of the Notice of Upcoming Transfer (Docket No. 11) of David Wesling and other named respondents (collectively, "respondents"). Respondents seek to transfer petitioner Barbosa Pereira ("petitioner") to Houston, Texas.

The Court expressly denied such transfer on February 2, 2026 (Docket No. 8). Accordingly, respondents are hereby ordered to halt any attempt to transfer petitioner out of the District of Massachusetts until these proceedings have concluded.

**So ordered.**

                                        /s/ Nathaniel M. Gorton
                                        Nathaniel M. Gorton
                                        Senior United States District Judge

Dated: February 11, 2026