United States District Court
District of Massachusetts

|  |  |
|---|---|
| Barbosa Pereira ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> David Wesling et al, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. <br> 26- 10476-NMG |

ORDER

GORTON, J.

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Barbosa Pereira ("petitioner" or "Pereira"). She contends that David Wesling and other named respondents ("respondents") have subjected her to mandatory detention despite her claim that she is entitled to procedures under 18. U.S.C. §1226(a).

For the reasons set forth in Sampiao v. Hyde, No. 1:25-CV-11981-JEK, 2025 WL 2607924 (D. Mass. Sept. 9, 2025), Lema Zamora v. Noem, No. 25-cv-12750-NMG, 2025 WL 2958879 (D. Mass. Oct. 17, 2025) and Lopez-Monteros v. Hyde, No. 25-cv-12629-NMG (D. Mass. Oct. 27, 2025), the petition for writ of habeas corpus (Docket No. 1) is **ALLOWED**. The Court directs that Pereira is to be released unless she is afforded a bond hearing that complies

-1-

-2-

with the standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.

**So ordered.**

                                        /s/ Nathaniel M. Gorton
                                        Nathaniel M. Gorton
                                        Senior United States District Judge

Dated: February 11, 2026